UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                                     CASE NO.: 22-17715-EPK
                                                           Chapter 13
BRENT GORDON TONNESSEN
AND ANDREA MUNOZ
TONNESSEN,

_____Debtors._____/

### AGREED MOTION TO EXTEND OBJECTION TO DISCHARGEABILITY DEADLINE

Creditors The Estate of Warren Booker, Brittany Booker, and Amy Booker, by and through the undersigned attorney, and by agreement of the Debtors, hereby file this Motion to Extend Objection to Discharability Deadline, and states as follows:

1. On October 6, 2022, the Court filed a Certificate of Notice which set the deadline for Creditors to object to the dischargeability of debt of the Debtors on January 17, 2022.

2. The above mentioned Creditors filed a 2004 Notice of Examination *Duces Tecum* on December 29, 2022.

3. Debtors informed undersigned Counsel that they would not be able to produce all of the requested documents before the examination.

4. Creditors agreed to move the date of the examination contingent upon the Debtors stipulation to move the deadline to object to dischareability until 20 days after the conclusion of the 2004 Examination.

**WHEREFORE**, the above mentioned Creditors respectfully request that the Court extend the deadline to object to the dischargeability of debt to 20 days after the conclusion of the 2004 Examination yet to be scheduled.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF to Dana Kaplan, Esq. on behalf of Debtors Brent Gordon Tonnessen and Andrea Tonnessen at dana@kelleylawoffice.com, and to the Office of the US Trustee at USTPRegion21.MM.ECF@usdoj.gov, on this 12th day of January, 2022.

        The Law Office of Joseph Grant, P.A.
        *Attorney for:*
            *The Estate of Warren Booker*
            *Brittany Booker*
            *Amy Booker*
        2744 Hillsboro Road
        WPB, Florida 33405
        Telephone: 850-524-2280

        By: **/s/Joseph Grant**
        Joseph Grant, Esq.
        Florida Bar No. 97315
        joseph@josephgrantlaw.com